**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**Clairese Claudet**

    Debtor(s),                 CASE NO.: 6:15-bk-04015-KSJ
                                           CHAPTER:  7

_____/

**REQUEST FOR NOTICE**
**AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX**

TO: THE HONORABLE BANKRUPTCY CLERK

      COMES NOW, FEDERAL HOME LOAN MORTGAGE CORPORATION, its Successors and/or Assigns, a Creditor in the instant case, by virtue of that certain loan more specifically identified as loan number \*\*\*\*3312 and related to the property described as 3824 GOLDEN FEATHER WAY, and files this Request for Notice AND Request to be Added to Creditor's Matrix.  The Creditor requests that any and all notices required under the Bankruptcy Rules, Bankruptcy Code, and Local Rules be sent to

                Ronald R Wolfe & Associates, P.L.
                P.O. Box 25018
                Tampa, Florida  33622-5018
                (813)  251-4766

      The undersigned counsel's filing of this Request for Notice and Request to be Added to Creditor's Matrix should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

                Ronald R Wolfe & Associates, P.L.
                P.O. Box 25018
                Tampa, Florida  33622-5018
                (813)  251-4766 Ext: 3039
                Fax: 813-251-1541
                Email: bkatt@wolfelawfl.com

                By:\_\_/s/  REKA BEANE
                Reka Beane
                Florida Bar No. 0052919
                ATTORNEY FOR FEDERAL HOME LOAN
                MORTGAGE CORPORATION